# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RICKY WILLIAMS

        VS        CASE NO. 3:19cv1659-RV/HTC

GULF COAST CONSULTANTS, LLC

## REFERRAL AND ORDER

| | |
|---|---|
| Referred to Judge Vinson on | 9/2/2020 |
| Type of Motion/Pleading | MOTION for Final Approval of Class Action Settlement |

| Filed by: | Plaintiff | on | 9/1/2020 | Doc. No. | 38 |
|---|---|---|---|---|---|

  X   Unopposed
Response:  _____  on  _____  Doc. No.  _____

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ Sylvia Williams
Deputy Clerk

## ORDER

Upon consideration of the foregoing, it is ORDERED this 2nd day of September, 2020, that:

    The requested relief is GRANTED. See separate order of this date.

      /s/ *Roger Vinson*
ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE